# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0699
LT Case No. 2021-DR-001043

_____

LISA M. HAYA f/k/a LISA M.
HALL,

    Appellant,

    v.

LENNIE P. HALL,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Don Collins Barbee, Jr., Judge.

Kimberly A. Scarano, of Jeffrey P. Cario, P.A., Brooksville, for
Appellant.

Michael R. Warren, of Warren Law Firm, PLLC, Dade City, for
Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____